UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **CINDY BARRETT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | **Case No. 12-CV-2024** |
| **STATE OF ILLINOIS DEPARTMENT** ) | |
| **OF CORRECTIONS,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

On June 28, 2012, Magistrate Judge David G. Bernthal filed a Report and Recommendation (#11) in the above cause. On July 10, 2012, Defendant, State of Illinois Department of Corrections, filed its Objection to Report and Recommendation (#12) and a Memorandum of Law in Support (#13). Following this court's careful de novo review of Judge Bernthal's reasoning and Defendant's Objection, this court agrees with Judge Bernthal's recommendation that Defendant's Motion to Dismiss (#4) be GRANTED in part and DENIED in part. This court agrees with Judge Bernthal's thorough and well-supported analysis.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#11) is accepted by this court.

(2) Defendant's Motion to Dismiss (#4) is GRANTED with respect to Count II of Plaintiff's Complaint and DENIED with respect to Count I of Plaintiff's Complaint.

(3) This case is referred to Judge Bernthal for further proceedings.

ENTERED this 3rd day of January, 2013.


s/MICHAEL P. McCUSKEY
U.S. DISTRICT JUDGE